NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA J. DENNIS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-487
　　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　　　　)
_____)

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Nancy Moate Ley,
Judge.

PER CURIAM.

　　　　　　Affirmed.  See Hall v. State, 160 So. 3d 1285 (Fla. 2d DCA 2014); Stovall

v. Cooper, 860 So. 2d 5 (Fla. 2d DCA 2003) (en banc); Robinson v. State, 818 So. 2d

543 (Fla. 2d DCA 2002).

KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.